AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

Sammy Johnson

Plaintiff,

V.

Arthur Emling, et al

Defendants.

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:16-cv-00062-APG-NJK

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.** A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

that pursuant to Order #6, Judgment is hereby entered Dismissing Case.

July 5, 2016

Date

/s/ Lance S. Wilson

Clerk

/s/ Justin Matott

(By) Deputy Clerk